RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/13/09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **BRANDON CITIZEN** | **CIVIL ACTION NO. 07-1963** |
| **VS.** | **SECTION P** |
| **WARDEN TERRY TERRELL** | **JUDGE HAIK** |
| | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 13th day of October, 2009.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE